```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 07581
  JOANNE HAGEN
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

              Debtor
     SSN XXX-XX-8744


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 04/26/07 and confirmed on 08/30/07.

   2.  The case was dismissed after confirmation, 01/18/2008.

   3.  The Debtor paid a total of $   1540.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WACHOVIA MORTGAGE FSB | CURRENT MORTG | .00 | .00 | .00 |
| WACHOVIA MORTGAGE FSB | MORTGAGE ARRE | .00 | .00 | .00 |
| CITIFINANCIAL | SECURED | .00 | .00 | .00 |
| CITIFINANCIAL | MORTGAGE ARRE | 2900.00 | .00 | .00 |
| GRUNDY COUNTY COLLECTOR | UNSECURED | NOT FILED | .00 | .00 |
| LAKEWOOD TRAILS HOA | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF MINOOKA | SECURED | 875.00 | .00 | 90.00 |
| ADVOCATE MSO SRVS | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| PALISADES COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS FINANCIAL GROU | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ILLIANA FEDERAL C U | UNSECURED | NOT FILED | .00 | .00 |
| JC CHRISTENSEN & ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| LATHROP & GAGE DC | UNSECURED | NOT FILED | .00 | .00 |
| GLOBAL VANTEDGE | UNSECURED | NOT FILED | .00 | .00 |
| UNIVERSAL FIDELITY CORP | UNSECURED | NOT FILED | .00 | .00 |
| D & E FINANCE INC | SECURED VEHIC | .00 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

```
                       SECURED     PRIORITY    UNSECURED         OTHER         TOTAL
```
---
```
TOTAL CLMS ALLOWED    3775.00          .00          .00           .00       3775.00
PRINCIPAL PAID          90.00          .00          .00           .00         90.00
INTEREST PAID             .00          .00          .00           .00           .00
TOTAL PAID              90.00          .00          .00           .00         90.00
```
The Debtor's attorney, JOSEPH WROBEL ESQ                , was allowed $   3000.00
and was paid $    531.00  direct and $   1402.64  through the plan.

The Trustee received $     47.36 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 04/11/08                  /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE




                                PAGE   2
          CASE NO. 07 B 07581 JOANNE HAGEN